■ HERBERT LEVY, Appellant, v DANIEL D. BARTFELD et al., Respondents. [19 NYS3d 158]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Eileen A. Rakower, J.), entered on or about March 18, 2014, and said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated October 9, 2015, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Mazzarelli, J.P., Renwick, Saxe and Moskowitz, JJ. **[Prior Case History: 2014 NY Slip Op 32142(U).]**